IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD J. CLARSON as Administrator of LOCAL No. 731, I.B. of T., PRIVATE SCAVENGERS HEALTH and WELFARE FUND and LOCAL No. 731, I.B. of T., PRIVATE SCAVENGERS and GARAGE ATTENDANTS PENSION TRUST FUND, <br><br> LOCAL No. 731, I.B. of T., PRIVATE SCAVENGERS HEALTH and WELFARE FUND, <br><br> and <br><br> LOCAL No. 731, I.B. of T., PRIVATE SCAVENGERS and GARAGE ATTENDANTS PENSION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> UNION RECYCLING & WASTE SERVICES, INC., ARMOR RECYCLING, INC., ARMOR RECYCLING OF INDIANA, INC., and KEVIN RACZKOWSKI, individually and doing business as UNION RECYCLING & WASTE SERVICES, INC. <br><br> Defendants. | Case No. 14-cv-09592 <br><br> Judge Milton I. Shadur |

**PLAINTIFFS' MOTION FOR A SECOND SUPPLEMENTAL JUDGMENT**

Plaintiffs Local No. 731, I.B. of T., Private Scavengers Health and Welfare Fund ("Welfare Fund"), Local No. 731, I.B. of T., Private Scavengers and Garage Attendants Pension Trust Fund ("Pension Fund") (collectively, "Funds"), and their Administrator, Richard J. Clarson, by and through their attorneys Dowd, Bloch, Bennett, Cervone, Auerback & Yokich, hereby respectfully move this Court for a second supplemental judgment. In support of the motion, the Funds state as follows:

1

1.      This is an action to collect delinquent contributions, plus related interest, liquidated damages, and attorneys' fees, that Union Recycling & Waste Services, Inc. ("Union Recycling") failed to remit to the Funds, in violation of 29 U.S.C. § 1145 and 29 U.S.C. § 185.

2.      On April 3, 2015, the Court entered a default judgment against Union Recycling, Armor Recycling, Inc., Armor Recycling of Indiana, Inc., and Kevin Raczkowski, individually, (collectively, "Defendants"), jointly and severally, in the amount of $131,660.59. Final Judm. Or. [Dkt. No. 23].

3.      The judgment against Defendants included the attorneys' fees and costs incurred by the Funds as of March 6, 2015, which totaled $11,308.60.

4.      On May 15, 2017, the Court entered a supplemental judgment order for fees incurred through May 3, 2017, which totaled $32,422.99.

5.      The Funds have now incurred a total of $46,778.12 in attorneys' fees and costs as a result of the delinquency that is the subject matter of this litigation. Supp. Aff. Rowe, attached hereto as Exhibit A, ¶¶ 10-12.

6.      Thus, the Funds have incurred an additional $3,046.53 since May 3, 2017 that were not included in the judgment entered against Defendants.

7.      The Funds incurred those additional attorneys' fees and costs enforcing their judgment against the Defendants, which did not cooperate with the Funds' collection efforts and did not voluntarily remit any payments to the Funds to satisfy the judgment.

8.      Specifically, the Funds' efforts to enforce the judgment have included following up on third-party citations to discover assets to 45 entities, communications with the Defendants, communications with the clients, preparing this motion for supplemental judgment, and preparing a sixth motion for turnover order. Supp. Aff. Rowe ¶¶ 8, 11-12.

9. The Funds anticipate incurring an additional $675 in attorneys' fees related to this case after the date of this motion. Supp. Aff. Rowe ¶¶ 13-14 .

10. Pursuant to 29 U.S.C. § 1132(g)(2), the Funds are entitled to the "reasonable attorney's fees and costs of [an] action" to collect delinquent contributions; the attorneys' fees and costs that the Funds incurred enforcing their judgment directly resulted from this action and the Funds are therefore entitled to those additional fees and costs under 29 U.S.C. § 1132(g)(2).

WHEREFORE, the Funds respectfully move this court to enter a supplemental judgment order for $3,721.53 in attorneys' fees and costs, in the form of the proposed order submitted to the Court.

Respectfully submitted,

/s/ Elizabeth L. Rowe
Elizabeth L. Rowe
Attorney for the Plaintiff

Jeremy M. Barr (ARDC# 6299047)
Elizabeth L. Rowe (ARDC #6316967)
DOWD, BLOCH, BENNETT, CERVONE,
AUERBACH & YOKICH
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361